RECEIVED

OCT 24 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HENRY CUNNINGHAM | CIVIL ACTION NO. 11-564-P |
| VERSUS | JUDGE WALTER |
| JAMES LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding access to the courts and attendance of a funeral are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e). Plaintiff claims regarding the denial of the practice of his Muslim faith remain pending at this time.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 23 day of October 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE