U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 11 2014

TONY R. MOORE
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HENRY EARL CUNNINGHAM | CIVIL ACTION NO. 11-cv-0564 |
| VERSUS | JUDGE WALTER |
| JAMES LEBLANC, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 44) is **granted** and that Plaintiff's claim for religious accommodation is **denied without prejudice** because it has been rendered moot by his transfer to another prison facility.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 11 day of March, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE